```
                UNITED STATES DISTRICT COURT          Eastern District of Kentucky
                EASTERN DISTRICT OF KENTUCKY                   FILED
                      NORTHERN DIVISION
                         AT COVINGTON                        AUG 2 5 2010

                                                             AT COVINGTON
                                                           LESLIE G WHITMER
                                                        CLERK U S DISTRICT COURT
```

CIVIL ACTION NO. 2009-219 (WOB)

JANE DOE                                                         PLAINTIFF

VS.                                    ORDER

DIRTY WORLD ENTERTAINMENT
RECORDINGS, LLC, ET AL.                                          DEFENDANTS

This matter is before the court on plaintiff's motion for a default judgment (Doc. 15).

The court held an evidentiary hearing on this motion on Wednesday, August 25, 2010. Eric Deters represented the plaintiff. Also present was plaintiff Sarah Jones ("Jane Doe") and her mother, Cheryl Jones. Official court reporter Joan Averdick recorded the proceedings.

Having heard testimony from the plaintiff regarding the events underlying this action, which are reflected in the attached narrative which plaintiff adopted under oath and which will be made a part of the record, the court finds that a default judgment against all defendants is warranted. Given the evidence, which is reflected in the transcript of the proceedings, both compensatory and punitive damages are fully justified. The court incorporates herein its findings and conclusions as stated on the record.

Therefore, having heard the evidence, and the court being otherwise advised,

**IT IS ORDERED** that:

(1) The complaint and docket herein be, and are hereby, **AMENDED** to reflect the real name of the Jane Doe plaintiff as Sarah Jones;

(2) Plaintiff's motion for a default judgment (Doc. 15) be, and is hereby, **GRANTED**;

(3) The narrative attached hereto shall be **ENTERED OF RECORD** by the clerk of court; and

(4) A separate judgment shall enter concurrently herewith.

This 25th day of August, 2010.

_William O. Bertelsman_
**WILLIAM O. BERTELSMAN, JUDGE**

TIC: 25 min.

2