UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
**FILED**

AUG 2 5 2010

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 2009-219 (WOB)

SARAH JONES                                                          PLAINTIFF

VS.                              JUDGMENT

DIRTY WORLD ENTERTAINMENT
RECORDINGS, LLC, d/b/a
Thedirt.com and HOOMAN
KARAMIAN                                                            DEFENDANTS

Pursuant to the Order entered concurrently herewith, and the court having heard the evidence as to the amount of damages, and finding that the defendant, Dirty World Entertainment Recordings, LLC d/b/a Thedirt.com, has been duly summoned and has failed to appear to answer,

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff Sarah Jones recover from defendant, Dirty World Entertainment Recordings, LLC d/b/a Thedirt.com, **$1 million dollars in compensatory damages and $10 million dollars in punitive damages, with interest thereon at the rate of 0.25 per cent per annum from the date of entry of this judgment, until paid, with costs.**

This 25th day of August, 2010.

                                              */s/ William O. Bertelsman*

                                              **WILLIAM O. BERTELSMAN, JUDGE**