UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JANE DOE, | : | Case No. 2:09-CV-219-WOB |
| | : | |
| Plaintiff | : | Judge William O. Bertelsman |
| | : | |
| vs. | : | NOTICE OF FILING OF |
| | : | SUPPLEMENTAL AFFIDAVIT OF |
| DIRTY WORLD | : | SARAH JONES IN OPPOSITION |
| ENTERTAINMENT ECORDINGS, | : | TO DEFENDANT'S MOTION FOR |
| LLC d/b/a TheDirt.com, *et al.*, | : | SUMMARY JUDGMENT (Doc 64) |
| | : | |
| Defendants | : | |

The plaintiff gives notice of the filing of the attached supplemental affidavit in opposition to the defendant's motion for summary judgment (Doc 64).

/s/ Eric C. Deters
Eric C. Deters (81812)
*Attorney for Plaintiff*
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 Madison Pike
Independence, KY 41051-7941
859-363-1900   Fax: 859-363-1444
Email: eric@ericdeters.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the persons named below by the Court's ECF system on December 2, 2011.

/s/ Eric C. Deters

cc:
Alexander C. Ward
Alexis B. Mattingly

I certify that a copy of the foregoing was served upon the persons named below by US Mail on December 1, 2011.

/s/ Eric C. Deters

cc:
David Gingras
Gingras Law Office, PLLC
E. Chandler Boulevard
#106-243
Phoenix, AZ 85048