UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| SARAH JONES, a/k/a/ JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRTY WORLD ENTERTAINMENT RECORDINGS LLC dba THEDIRT.COM, HOOMAN KARAMIAN aka NIK RICHIE aka CORBIN GRIMES, DIRTY WORLD, LLC dba THEDIRTY.COM, and DIRTY WORLD ENTERTAINMENT, LLC dba THEDIRTY.COM,<br><br>    Defendants. | Case No. 2:09-cv-00219-WOB<br><br>Judge William O. Bertelsman<br><br>**[PROPOSED] ORDER** |

The Court having considered Defendants Dirty World, LLC d/b/a THEDIRTY.COM and Nik Lamas Richie a/k/a Nik Richie ("Defendants") Motion for Sanctions Against Eric Deters Pursuant to 28 U.S.C. § 1927 (Doc. #124), and any response thereto, and good cause appearing,

IT IS ORDERED granting Defendants' motion.  Within 10 days of this order, Defendants shall submit an affidavit in support of their reasonable attorney's fees incurred in connection with their motion and five days thereafter, Plaintiff's counsel may submit an objection, if any, to the amount and reasonableness of the fees requested by Defendants.

ENTERED this _____ day of _____ 2012.

_____
WILLIAM O. BERTELSMAN
U. S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF KENTUCKY,
NORTHERN DIVISION AT COVINGTON