UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2009-219 (WOB)

SARAH JONES                                        PLAINTIFF

VS.                          ORDER

DIRTY WORLD ENTERTAINMENT
RECORDINGS, LLC d/b/a
Thedirt.com, ET AL.                               DEFENDANTS


    This matter came before the Court for a final pretrial
conference on Friday, December 21, 2012.  Eric Deters and
Chris Roach represented the plaintiff, and Alexander Ward
and Alexis Mattingly represented the defendants.  Official
court reporter Joan Averdick recorded the proceedings.

    At this conference, the Court ruled on pending motions
in limine, summarized briefly as follows.  As to
defendants' motion to preclude evidence of "other wrongs,"
the Court ruled that it would allow evidence of how Nik
Richie operates his website, including postings he has
published concerning persons other than plaintiff, because
such evidence is relevant to the issue of malice, but that
evidence of such other postings will be limited.

    As to the transcript from Richie's appearance on the
"Dr. Phil" television show, the Court ruled that the

transcript can be authenticated through Richie's testimony and that plaintiff may question Richie about statements he allegedly made during that appearance.

With respect to non-disclosure of one of plaintiff's listed witnesses, the Court ruled that defendants may take the witness's deposition before trial commences.

As to the introduction of text messages between plaintiff and Cody York, the Court ruled that any messages created after the cutoff date for plaintiff's damages (November 1, 2011) are inadmissible, except ones which go toward plaintiff's credibility or the truth of any allegedly defamatory statements in this matter.

Finally, the Court indicated, and the parties did not object, that it intended to prepare a questionnaire to send to potential jurors to assess their exposure to publicity regarding plaintiff's criminal prosecution and the underlying events therein.

Therefore, having heard the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1)  Defendants' motions in limine (Docs. 141, 142, 143, 146) be, and are hereby, **GRANTED IN PART AND DENIED IN PART**, consistent with this Order and the Court's statements on the record; and

(2)  This matter stands ready for trial on **Tuesday,**

**January 22, 2013.**


This 26th day of December, 2012.




Signed By:

*William O. Bertelsman*

United States District Judge


TIC: 40 min.