EDky-112

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL MINUTES-TRIAL

CASE NO. 09-219-WOB AT: COVINGTON                    DATE: 7/9/2013

STYLE: Sarah Jones aka Jane Doe vs. Dirty World Entertainment Recordings, LLC, dba Thedirt.Com, et al

DOCKET ENTRY: Parties, by counsel, orally stipulate to the admission of trial exhibits admitted during the previous jury trial of this matter. The Court held an in-chambers instructions conference at conclusion of evidence.

PRESENT:
    HON.  WILLIAM O. BERTELSMAN    , SENIOR JUDGE

    E. Oldiges/K. Ratliff                           Joan Averdick
       Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
Eric Deters                              David Gingras

___ Case called and continued to _____ for trial.

___ COURT TRIAL        X  JURY TRIAL    The jury impaneled and sworn in as follows.

(1) 680              (4) 690              (7) 720
(2) 694              (5) 13               (8) 669
(3) 721              (6) 697              (9) 724
(10) 747

 X  Introduction of evidence for  X  plff ___ deft ___ begun, X  resumed, X concluded.
 X  Introduction of evidence for deft begun and concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence;  X  Cont. to 7/10/13 at 9:30 am  for further trial.

___ Jury retires to deliberate _____; Jury returns at _____

___ JUDGMENT BY COURT  _____  JURY VERDICT.  SEE VERDICT OR ANSWERS TO INTERROGATORIES

___ Jury polled.      ___ Counsel waive polling of jury.

___ Proposed Findings of Fact, Conclusions of Law & Judgment be prepared by ___ plff ___ deft

___ Submitted.  ___ BRIEFS to be filed _____ PLFF;  _____ DEFT;  _____ REPLY

    within _____ days following the filing of transcript by Official Court Reporter.

Copies: COR

| TIC: | 4 | 38 |

                                        Initial of Deputy Clerk  kr