AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY |
|---|---|---|

Eastern District of Kentucky
**FILED**
JUL 1 0 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

SARAH JONES
V.
DIRTY WORLD RECORDINGS, ET AL
(Jury Trial)

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09-CV-219-WOB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William O. Bertelsman | Eric Deters | David Gingras |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/8/13 - 7/10/13 | Joan Averdick | E. Oldiges/K. Ratliff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| W1 | | 7/8/13 | | | WITNESS: SARAH ELIZABETH JONES` | |
| 1 | | 7/9/13 | x | x | 10/27/09 First Posting on thedirt.com (2pgs) | Parties stipulated |
| 2 | | " | x | x | 10/29/09 Removal Request to Nik Richie via MySpace-8:58pm | |
| 3 | | " | x | x | 11/1/09 Removal request to Richie via Gmail Acct-7:09pm | |
| 4 | | " | x | x | **11/6/09 Removal request to Richie via Gmail Acct-6:58pm** | |
| 5 | | " | x | x | 11/8/09 Removal request to Richie via Gmail Acct-7:17 pm | |
| 6 | | " | x | x | **11/9/09 Removal request to Richie via Gmail Acct-6:08 pm** | |
| 7 | | " | x | x | 11/11/09 Removal request to Richie via Gmail Acct-12:57pm | |
| 8 | | " | x | x | **11/11/09 Removal request to Richie via Gmail Acct-7:40 pm** | |
| 9 | | " | x | x | **11/12/09 Removal request to Richie via Gmail Acct-12:03 pm** | |
| 10 | | " | x | x | 11/13/09 Removal request to Richie via Gmail Acct-8:45 pm | |
| 11 | | " | x | x | 11/14/09 Removal request to Richie via Gmail Acct-12:49 pm | |
| 12 | | " | x | x | 11/15/09 Removal request to Richie via Gmail Acct-11:42 am | |
| 13 | | " | x | x | 11/19/09 Removal request to Richie via Gmail Acct-6:13 am | |
| 14 | | " | x | x | 11/19/09 Removal request to Richie via Gmail Acct-12:53 pm | |
| 15 | | " | x | x | 11/19/09 Removal request to Richie via Gmail Acct-1:07 pm | |
| 16 | | " | x | x | 12/7/09 - Second Posting on thedirty.com-STD posting | |
| 17 | | " | | | 12/8/09 Removal request to Richie via Kenton Co. Email-11:19 am | |
| W2 | | 7/9/13 | | | WITNESS: NIK RICHIE (Cross Examination) | |
| | A | " | x | x | Cincinnati Ben-Gal Regulations (5 pgs) | |
| | B | " | x | x | Picture of Jones in Bathing Suit | |
| | C | " | x | x | Pictures of Trip to Kuwait (5 pgs) | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Sarah Jones | | vs. | Dirty World Recordings, LLC, et al | CASE NO. 2:09-CV-219-WOB |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court's Rulings: |
| | D | 7/9/13 | x | x | Biography of Sarah Jones posted on Bengals website (2 pgs) | |
| | E | " | x | x | Calendars of the Ben-Gals (large poster type) | |
| | F | " | x | x | Poster of Pro Bowl cheerleaders | |
| | G | " | x | x | Picture of Sarah Jones at Pro Bowl | |
| | H | " | x | x | Sarah Jones Medical Records (2 pgs) | |
| | I | " | x | x | Guilty Plea of Sarah Jones (11 pgs) | |
| 20 | | " | x | x | 12/9/09 Third posting on the dirty.com | |
| 21 | | " | x | x | 12/28/09 Removal request to Richie via Gmail Acct - 2:38 pm | |
| 22 | | " | x | x | 12/28/09 Removal request to Richie via Gmail Acct - 4:57 pm (2 pgs) | |
| 23 | | " | x | x | 12/28/09 Removal request to Richie via Gmail Acct - 5:55 pm | |
| 24 | | " | x | x | 12/28/09 Fourth Posting on thedirty.com | |
| 26 | | " | x | x | 12/29/09 Fifth posting on thedirty.com (5 pgs) | |
| 31 | | " | x | x | Email to Sarah Jones from Nik Richie (4 pgs) | |
| 32 | | " | x | x | Excerpt of Dr. Phil transcript - Nik Richie interview (7 pgs - 1 torn pg) | |
| | W1 | 7/9/13 | | | WITNESS: NIK RICHIE | |
| | W2 | 7/9/13 | | | WITNESS: DET. JULIE INMAN | |
| | J | " | x | x | Jones statement to Court - 8/25/10 (7 pgs) | |
| | K | " | x | x | **Default Judgment dated 8/25/10 (2 pgs)** | |
| | L | " | x | x | Email from AP reporter Barrouquere - 12/28/09 | |
| | M | " | x | x | CBS News.com - 10/28/12 - Realty show | |
| | N | " | x | x | The Mole - Bio page 2007 | |
| | O | " | x | x | Beauty & The Geek bio page | |
| | P | " | x | x | Dirty World 1040 tax returns for 2008, 2009 & 2010   (3 pgs) | |
| | Q | " | x | x | 1st submission re: sex case - 12/4/11 | |
| | R | " | x | x | 10/11/07 fee agreement - Jaburg & Wilk   (5 pgs) | |
| | S | " | x | x | Various sample posts - www.TheDirty.Com   (41 pgs) | |
| | T | " | x | x | Photos of Sarah Jones   (5 pgs) | |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court's Rulings: |
|---|---|---|---|---|---|---|
| | | | | | Sarah Jones vs. Dirty World Recordings, LLC, et al — CASE NO. 2:09-CV-219-WOB | |
| | U | 7/9/13 | x | x | Various text messages (9 pgs) | |

Page  3  of  3  Pages