AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
JUL 11 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Sarah Jones aka Jane Doe )
*Plaintiff* )
v. ) Civil Action No. 2:09-CV-219-WOB
Hooman Karamian, aka Nik Richie, aka Corbin )
Grimes and Dirty World LLC )
Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Sarah Jones aka Jane Doe recover from the defendant*s* *(name)* Hooman Karamian, aka Nik Richie, aka Corbin Grimes and Dirty World LLC* the amount of THREE HUNDRED THIRTY-EIGHT THOUSAND AND 00/100 dollars ($ 338,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of 0.14 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

*jointly and severally

This action was *(check one)*:

☑ tried by a jury with Judge WILLIAM O. BERTELSMAN presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: July 11, 2013

Robert R. Carr
*CLERK OF COURT*

Elaine C. Oldiges, Deputy Clerk /eco
*Signature of Clerk or Deputy Clerk*