**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

SARAH JONES, a/k/a/
JANE DOE,

Plaintiff,

v.

DIRTY WORLD ENTERTAINMENT RECORDINGS LLC dba THEDIRT.COM, HOOMAN KARAMIAN aka NIK RICHIE aka CORBIN GRIMES, DIRTY WORLD, LLC dba THEDIRTY.COM, and DIRTY WORLD ENTERTAINMENT, LLC dba THEDIRTY.COM,

Defendants.

Case No. 2:09-cv-00219-WOB

Judge William O. Bertelsman

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a), Defendants DIRTY WORLD, LLC and NIK LAMAS-RICHIE ("Defendants") hereby appeal to the United States Court of Appeals for the Sixth Circuit from the following Orders of the United States District Court for the Eastern District of Kentucky: 1.) final judgment in favor of Sarah Jones (Doc. #208); 2.) order denying Defendants' Motion to Dismiss for lack of personal jurisdiction (Doc. #47); and 3.) order denying Defendants' motion for judgment as a matter of law (Doc. #203).

RESPECTFULLY SUBMITTED: July 15, 2013.

**NIK LAMAS-RICHIE**

/s/ David S. Gingras
Of Counsel

David S. Gingras, Esquire (admitted *pro hac vice*)
**GINGRAS LAW OFFICE, PLLC**
4025 E. Chandler Blvd., #70-A26
Phoenix, AZ 85048
480.264.1400

and

Alexander C. Ward, Esquire
**HUDDLESTON BOLEN LLP**
855 Central Avenue, Suite 301
P.O. Box 770
Ashland, KY 41105
606.329.8771

and

Alexis B. Mattingly, Esquire
**HUDDLESTON BOLEN LLP**
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722-2185
304.529.6181

**Counsel for Defendants**
**Nik Lamas-Richie and**
**Dirty World, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2013 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David S. Gingras
Counsel for Defendants,
Dirty World, LLC and
Nik Lamas-Richie