UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2009-219 (WOB)

SARAH JONES                                              PLAINTIFF

VS.                              <u>JUDGMENT</u>

DIRTY WORLD ENTERTAINMENT
RECORDINGS, LLC d/b/a
Thedirt.com, ET AL.                                     DEFENDANTS


Pursuant to the Opinion of the United States Court of Appeals for the Sixth Circuit (Doc. 213) and the Mandate issued pursuant thereto, and being otherwise advised,

**IT IS ORDERED AND ADJUDGED** that judgment as a matter of law be, and is hereby, **ENTERED IN FAVOR OF DEFENDANTS DIRTY WORLD ENTERTAINMENT RECORDINGS LLC, HOOMAN KARAMIAN AKA NIK RICHIE AKA CORBIN GRIMES, AND DIRTY WORLD, LLC DBA THEDIRTY.COM.**

This 10th day of July, 2014.



Signed By:
<u>*William O. Bertelsman*</u> *WOB*
United States District Judge