# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

INVOICE NO: 20130009

| Bill To | Make Checks Payable To |
|---|---|
| ,  C. Deters<br>ric C. Deters & Associates<br>5247 Madison Pike<br>Independence, KY 41051<br><br>Phone: | Joan Lampke Averdick, RMR-CRR<br>Official Court Reporter<br>35 West Fifth Street<br>P.O. Box 1073<br>Covington, KY 41012<br>Phone: (859) 291-9666<br>Tax ID: ▓▓▓▓▓▓<br>joanaverdick@insightBB.com |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-25-2013 | DATE DELIVERED: 03-06-2013 |

**Case Style:** CV09-219, Sarah Jones v Dirty World LLC
Original transcript of Trial Proceedings, Days 1, 2 & 3, 162pp
(Charges split evenly w/defense counsel)
Original transcript of dft's cross-examination, EXPEDITED OVERNIGHT
Copy of transcript of Trial Proceedings, Days 1, 2 & 3, 193pp

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 162 | 3.65 | 591.30 | 162 | 0.90 | 145.80 | | | | 737.10 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 71 | 6.05 | 429.55 | | | | | | | 429.55 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 1,166.65 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $1,166.65 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 03-07-2013 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

ERIC C. DETERS & PARTNERS, PSC
5247 MADISON PIKE
INDEPENDENCE, KY 41051
859-363-1900

19647

PAY TO THE ORDER OF: Joan Averdick

DATE 3-12-13

$1,166.65

One Thousand one hundred sixty six & 65/100 DOLLARS

Heritage BANK

FOR _____

#19647  $1,166.65        Posted 20130315